**Order entered November 20, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00143-CV

## THEODORE SIMMONS, Appellant

## V.

## MIDLAND FUNDING, LLC, Appellee

### On Appeal from the County Court at Law No. 3
### Dallas County, Texas
### Trial Court Cause No. CC-19-01681-C

## ORDER

We **REINSTATE** this appeal which we abated to allow the trial court an opportunity to conduct a hearing to determine why substitute reporter LaToya Young had not filed the reporter's record of the September 19, 2019 bench trial. The hearing was scheduled November 9, 2020, and the reporter's record of the bench trial was filed later that day. Accordingly, we **VACATE** our August 10, 2020 order prohibiting Ms. Young from sitting as a reporter until the record was

filed.  As it appears the appellate record is now complete, we **ORDER** appellant to file his opening brief no later than December 21, 2020.

The findings of fact the trial court was to make following the November 9th hearing and the reporter's record of that hearing, both of which were to be filed no later than November 13, 2020, remain due and shall be filed no later than December 1, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Sally Montgomery, Presiding Judge of County Court at Law No. 3; Dallas County Clerk John F. Warren; Janet Wright, Official Court Reporter for County Court at Law No. 3; Ms. Young; the Dallas County Auditor; and, the parties.

/s/    BILL WHITEHILL
        JUSTICE